R.W. and H.W., Petitioners v. The People of the State of Colorado, Respondent: In the Interest of E.W., a child. No. 22SC86
Supreme Court of Colorado, En Banc
April 25, 2022

 Court
 of Appeals Case No. 20CA1724

 Petitions
 for Writ of Certiorari GRANTED.

 [REFRAMED]
 Whether the district court lacked jurisdiction to enter the
 termination order under the Uniform Child Custody
 Jurisdiction and Enforcement Act ("UCCJEA").

 [ADDITIONAL
 ISSUE] Whether the Retention of Jurisdiction provision of the
 Interstate Compact on the Placement of Children
 ("ICPC"), § 24-60-1802, art. V(a), furnishes a
 jurisdictional basis for the district court's termination
 order.

 DENIED
 AS TO ALL OTHER ISSUES.

1